**FILED**
June 4, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )   Case No. 2:12-MJ-00147-EFB
              Plaintiff,           )
v.                                 )   ORDER FOR RELEASE OF
                                   )   PERSON IN CUSTODY
THOMAS EDWARD AGUERO,              )
                                   )
              Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release THOMAS EDWARD AGUERO, Case No. 2:12-MJ-00147-EFB, Charge Title 18 U.S.C. § 2252(a)(2), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 10,000 (co-signed)

    ✔ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 4, 2012 at 2:40 pm.

By _____
Dale A. Drozd
United States Magistrate Judge